UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHY-TIQUE KELLY,

                Plaintiff,

-against-

CAROL A. MOORES, ET AL.,

                Defendants.

24-CV-5844 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated August 1, 2024, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization and a signature page for the complaint, or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed the requisite documents or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   October 9, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                      Chief United States District Judge