UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHY-TIQUE KELLY,

                Plaintiff,

    -against-

CAROL A. MOORES, ET AL.,

                Defendants.

24 CIVIL 5844 (LTS)

**CIVIL JUDGMENT**

    For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 10, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge